IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
| VENNESSA M PARKER | NO. 06-03141 JUDGE: Schmetterer, B.J. |
| Debtor. | |

NOTICE OF MOTION

**Notified via Electronic Filing**
U.S. Trustee , 227 W Monroe, Ste 3350, Chicago, IL 60606
Tom Vaughn,, 200 S. Michigan, Ste 1300, Chicago, IL 60604
Jennifer Blanc, 60 W. Madison, Oak Park, IL 60302
**Notified via US Postal Service**
Vannessa M Parker, 411 Geneva Ave, Bellwood, IL 60104

Please take notice that on the 10th day of May, 2006 at the hour of 9:30 a.m. or as soon thereafter as I may be heard, I shall appear before the Honorable Jack Schmetterer, in Courtroom 682 of the United States Bankruptcy Court, 219 S Dearborn, Chicago, IL 60604 or before any other Bankruptcy Judge who may be presiding in his place and stead and shall then and there present the accompanying motion. At that time and place you may attend if you so choose.

**PROOF OF SERVICE**

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 4201 Lake Cook Road, Northbrook, IL, before the hour of 5:00 PM on May 2, 2006, unless a copy was provided electronically by the Bankruptcy Court.

/s/ Andrew E. Houha
Andrew E. Houha ARDC # 06216265
FISHER AND SHAPIRO, LLC
4201 Lake Cook Road
Northbrook, Illinois 60062
Attorney for DEUTSCHE BANK NATIONAL TRUST COMPANY F/K/A BANKERS TRUST COMPANY OF CALIFORNIA, N.A., AS TRUSTEE FOR VENDEE MORTGAGE TRUST 1997-3, AS GRANTEE, ALL ITS INTEREST UNDER THAT CERTAIN INSTALLMENT CONTRACT DATED MAY 30, 1997, EXECUTED BY VANESSA M. PARKER , AS MORTGAGOR, AND THE SECRETARY OF VETERANS AFFAIRS AS MORTGAGEE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS<br>UNDER CHAPTER 13 |
| VENNESSA M PARKER | NO. 06-03141<br>JUDGE: Schmetterer, B.J. |
| Debtor. | |

## MOTION TO MODIFY THE AUTOMATIC STAY

NOW COMES, DEUTSCHE BANK NATIONAL TRUST COMPANY F/K/A BANKERS TRUST COMPANY OF CALIFORNIA, N.A., AS TRUSTEE FOR VENDEE MORTGAGE TRUST 1997-3, AS GRANTEE, ALL ITS INTEREST UNDER THAT CERTAIN INSTALLMENT CONTRACT DATED MAY 30, 1997, EXECUTED BY VANESSA M. PARKER, AS MORTGAGOR, AND THE SECRETARY OF VETERANS AFFAIRS AS MORTGAGEE ("Movant"), by and through its attorneys, FISHER AND SHAPIRO, LLC, and states as follows:

1. On March 27, 2006, the above-named Debtor filed a Petition under Chapter 13 of the United States Bankruptcy Code. The Debtor filed her plan on March 29, 2006.

2. Movant is the owner of the real estate commonly known as 411 Geneva Avenue, Bellwood, Illinois.

3. The Debtor was the Buyer under an Installment Contract for Sale of Real Estate signed on May 30, 1997. The Seller under the contract was the Administrator of Veterans Affairs. Said seller assigned its rights to the Movant. Attached is a copy of said "Contract."

4. The Debtor fell into default under the terms of the contract and on January 23, 2006, and pursuant to the terms of the contract, Movant issued its Final Notice to Comply with

Contract, indicating that the Debtor was in default under the terms of the contract in the amount of $6,555.33. See attached "Final Notice."

5. The Debtor failed to cure the default as outlined in the Contract and Movant issued its Declaration of Forfeiture on February 28, 2006. Said declaration was recorded with the Cook County Recorder of Deeds on March 10, 2006.

6. At the time that this case was filed, the Debtor, under Illinois law, no longer had any legal interest in the subject property as the installment contract for deed was properly terminated prior to the filing of this case.

7. The ownership of the property is not property of the estate.

8. As the Installment Contract for Sale of Real Estate was terminated prior to the filing of the case, the contract is not property of the estate.

9. The Debtor does not have any right to revive the contract.

10. The Debtor's only interest in the subject property at the time of the filing of this case was possession.

11. The Debtor's mere possession of the property does not confer upon the Debtor the right to de-accelerate and cure the default under the terms of the contract.

12. These facts constitute cause, entitling Movant to relief under 11 U.S.C. § 362 (d).

WHEREFORE, DEUTSCHE BANK NATIONAL TRUST COMPANY F/K/A BANKERS TRUST COMPANY OF CALIFORNIA, N.A., AS TRUSTEE FOR VENDEE MORTGAGE TRUST 1997-3, AS GRANTEE, ALL ITS INTEREST UNDER THAT CERTAIN INSTALLMENT CONTRACT DATED MAY 30, 1997, EXECUTED BY VANESSA M. PARKER , AS MORTGAGOR, AND THE SECRETARY OF VETERANS AFFAIRS AS

MORTGAGEE, moves this Honorable Court to modify the automatic stay to allow it to take possession of the property located at: 411 GENEVA AVENUE, BELLWOOD, IL 60104 by lawful means, including eviction and that Federal Bankruptcy Rule 4001(a)(3) be waived.

        Respectfully submitted,

        /s/ Andrew E. Houha
        ATTORNEY FOR DEUTSCHE BANK NATIONAL TRUST COMPANY F/K/A BANKERS TRUST COMPANY OF CALIFORNIA, N.A., AS TRUSTEE FOR VENDEE MORTGAGE TRUST 1997-3, AS GRANTEE, ALL ITS INTEREST UNDER THAT CERTAIN INSTALLMENT CONTRACT DATED MAY 30, 1997, EXECUTED BY VANESSA M. PARKER , AS MORTGAGOR, AND THE SECRETARY OF VETERANS AFFAIRS AS MORTGAGEE

Richard B. Aronow ARDC# 03123969
Robert W. Greene ARDC# 06189217
Todd J. Ruchman ARDC# 06271827
Andrew E. Houha ARDC# 06216265
Christopher A. Cieniawa ARDC# 06187452
Michael J. Kalkowski ARDC# 06185654
Josephine J. Miceli ARDC# 06243494
FISHER AND SHAPIRO, LLC
4201 Lake Cook Road
Northbrook, Illinois 60062
Northbrook, IL 60062
(847) 498-9990